■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONTE CHERRY, Appellant. [714 NYS2d 221] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered November 20, 1997, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to disprove his defense of justification is unpre-

served for appellate review (*see,* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858; *People v Wright,* 236 AD2d 567, 568). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and is, in any event, without merit. Santucci, J. P., S. Miller, McGinity and Smith, JJ., concur.